UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RUFINO FLORENCIO and PABLO FLORENCIO (aka Rudy),

                    Plaintiffs,

-against-

HARIS SYED, an individual, FRANCO FIDANZA,
an individual, FOOD EXPRESS WHITESTONE, INC.,
d/b/a PLANET WINGS and PLANET WINGS
ENTERPRISES, Inc.

                    Defendants.
---------------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 24 2014 ★

BROOKLYN OFFICE

14 CV 01806

**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Upon the joint application of all parties to the above-captioned action, by their respective counsel, for entry of an Order of Voluntary Dismissal with Prejudice; it is

HEREBY ORDERED AS FOLLOWS:

This action, including all claims asserted by the Plaintiffs herein, is hereby dismissed with prejudice as against all of the Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

*The Clerk is directed to close this case.*

SO ORDERED.

Dated: Brooklyn, New York
JUL 23 2014

s/ENV

_____
United States Magistrate Judge



**VIA ECF**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  JUL 24 2014  ★

**BROOKLYN OFFICE**

July 17, 2014

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

Re: **Florencio, et. al. v. Syed, et. al., 14 CV01806 (ENV) (RER)**

Dear Judge Reyes:

Please be advised that the settlement agreement in the above referenced case has been executed by the parties. Counsel for Plaintiffs and Defendants, therefore, jointly request that the Court enter the enclosed Order of Voluntary Dismissal.

Very truly yours,

*(signature)*
Magdalena Barbosa

BROOKLYN
301 GROVE STREET
BROOKLYN, NY 11237
TEL 718 418 7690
FAX 718 418 9635

QUEENS
92-10 ROOSEVELT AVENUE
JACKSON HEIGHTS, NY 11372
TEL 718 565 8500
FAX 718 565 0646

STATEN ISLAND
161 PORT RICHMOND AVENUE
STATEN ISLAND, NY 10302
TEL 718 727 1222
FAX 718 981 8077

LONG ISLAND
1090 SUFFOLK AVENUE
BRENTWOOD, NY 11717
TEL 631 231 2220
FAX 631 231 2229

WWW.MAKETHEROADNY.ORG